UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis A. Lugo, et al.,
    Plaintiffs,
v.
Miguel A. Cordero, et al.,
    Defendants.

CASE NUMBER: 98-1011 (HL)

| MOTION |
|---|

Date Filed: 10/27/99    Docket #28    [] Plffs [x] Defts
Title: Motion Submitting Certified Translations
Opp'n Filed:    Docket #

| ORDER |
|---|

The Court accepts the certified English translations.

Date 10/29/99    HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


