UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis A. Lugo, et al.,
    Plaintiffs,
        v.
Miguel A. Cordero, rt al.,
    Defendants.

CASE NUMBER: 98-1011 (HL)

| MOTION |
|---|
| Date Filed: 7/13/99    Docket #18    [ ] Plffs  [x] Defts |
| Title: Notice of Appearance |
| Opp'n Filed:    Docket # |

| ORDER |
|---|
| Noted. |

Date 11-04-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:    #


