UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis A. Lugo, et al.,
    Plaintiffs,

v.

Miguel A. Cordero, rt al.,
    Defendants.

CASE NUMBER: 98-1011 (HL)

| MOTION |
|---|
| Date Filed: 6/15/99   Docket #17   [ ] Plffs [x] Defts<br>Title: Motion to Withdraw<br>Opp'n Filed:   Docket # |

*REC'D & FILED 99 NOV -5 PM 12:22 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| ORDER |
|---|
| Granted. |

Date 11-04-99    HECTOR M. LAFFITTE
                            Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

