# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Luis A. Lugo, et al.,
    Plaintiffs,
       v.
Miguel A. Cordero, rt al.,
    Defendants.

**CASE NUMBER:** 98-1011 (HL)

| MOTION |
|---|

Date Filed: 4/23/99    Docket #16    [] Plffs  [x] Defts
Title: Motion for Further Enlargement of Time to File Dispositive Motions
Opp'n Filed:    Docket #

| ORDER |
|---|

Moot.

Date 11-04-99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |



