UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis A. Lugo, et al.,
    Plaintiffs,

       v.

Miguel A. Cordero, rt al.,
    Defendants.

CASE NUMBER: 98-1011 (HL)

| MOTION |
|---|
| Date Filed: 4/14/99    Docket #15    [ ] Plffs [x] Defts<br>Title: Motion for Leave to Shortly Enlarge Time to File Dispositive Motions<br>Opp'n Filed:    Docket # |

| ORDER |
|---|
| Moot. |

Date 11-04-99     HECTOR M. LAFFITTE
                             Chief U.S. District Judge

Rec'd:        EOD:

By:          #


