UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis A. Lugo, et al.,
    Plaintiffs,

v.

Miguel A. Cordero, rt al.,
    Defendants.

CASE NUMBER: 98-1011 (HL)

| MOTION | |
|---|---|
| Date Filed: 8/3/99   Docket #21   [] Plffs [x] Defts | |
| Title: Motion to Join | |
| Opp'n Filed:   Docket # | |

| ORDER |
|---|

Defendants in their personal capacity are granted leave to join the Motion for Summary Judgment filed on behalf of Defendants in their official capacity, Dkt. No. 20. Defendants in their personal capacity are further granted leave to assert the defense of qualified immunity.

Date 11-04-99    HECTOR M. LAFFITTE
                              Chief U.S. District Judge

Rec'd:        EOD:

By:        #


