UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. LUGO, ET AL

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 98-1011 (JAG)

MIGUEL A. CORDERO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/16/01<br>**Title:** Motion for Leave to Withdraw as Counsel for Individual Defendants<br>**Docket(s):** 39<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | The Court grants attorneys Laura Maldonado-Rodríguez and Godwin Aldarondo-Girald's request to withdraw as counsel. As well, the Court grants defendants a period of forty five (45) days to retain new counsel. |

Date: February 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

