IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. LUGO, et al

**Plaintiff(s)**

v.                    CIVIL NO. 98-1011 (JAG)

MIGUEL A. CORDERO, et al

**Defendant(s)**

---

### ORDER

Defendants shall show cause within five (5) days from the date of this order why they have not entered an appearance in compliance with the orders of this Court (Docket #41).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

