IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS LUGO, et al

**Plaintiff(s)**

v.  CIVIL NO. 98-1011 (JAG)

MIGUEL A. CORDERO, et al

**Defendant(s)**

---

ORDER

The undersigned judge recuses himself in this case. The case is to be reassigned to Chief Judge Héctor Laffitte in exchange of another case from his docket.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

 Operations Manager

