UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Lugo, et al.,
    Plaintiffs,
        V.                            CASE NUMBER: 98-1011 (HL)
Miguel A. Cordero, et al.,
    Defendants.

## MOTION

Date Filed: 5/10/01    Docket # 42    [ ] Plffs [x] Defts
Title: Motion Requesting Leave to Assume Legal Representation
Opp'n Filed:    Docket #

## ORDER

Granted. All documents in this case shall be notified to Defendants' new counsel:

Luis Francisco Colon-Conde
Fiddler Gonzalez & Rodriguez
P.O. Box 363507
San Juan, PR 00936-3507
Tel. 759-3202
Fax 250-7565

The Court considers this motion to constitute full compliance with the Court's order of May 15, 2001. Dkt. No. 43.

Date 6/1/01        HECTOR M. LAFFITTE
                          Chief U.S. District Judge


