## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

LUIS LUGO, et al,
Plaintiffs,

Civ. No. 98-1011 (HL)

v.

MIGUEL CORDERO, et al,
Defendants.

### JUDGMENT

The Court having entered an Opinion and Order on this same date, judgment is hereby entered dismissing with prejudice all Plaintiffs' federal law claims, and without prejudice his Puerto Rico law claims.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November __8__, 2001.

HECTOR M. LAFFITTE
Chief U.S. District Judge


