UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Lugo, et al
      v.
Cordero, et al

CASE NUMBER: (HL) 98-1011 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket #51<br>[ ] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for extension of time | Granted until **December 28, 2001.** No further extensions shall be granted. |

Date 12/3/01

HECTOR M. LAFFITTE
Chief U.S. District Judge


