# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Luis Lugo, et al
**v.**
Miguel Cordero, et al

**CASE NUMBER:** 98-1011(HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**      **Docket #50**<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion to alter judgment | Denied for essentially the same reasons set forth in this Court's Opinion and Order of November 8, 2001, Dkt. #48. As expressed in the Opinion, plaintiff failed to meet his prima facie case. Namely, plaintiff was unable to adduce any evidence indicating that defendants were aware of his political affiliation and acted upon that knowledge. No argument in the present motion warrants a reconsideration of the Court's conclusion. |

Date 4 30 02

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

