IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LUGO, ET AL, <br> Plaintiffs <br> V. <br> MIGUEL CORDERO, ET AL, <br> DEFENDANTS | CIVIL NO. 98-1011 (HL) <br><br> JURY TRIAL REQUESTED |

### NOTICE OF APPEAL FROM JUDGMENT ENTERED BY THE DISTRICT COURT

TO THE HONORABLE COURT:

**COMES NOW**, plaintiffs Luis A. Lugo, his wife Carmen Rosa Vega Concepción and their conjugal partnership, through the undersigned attorney and respectfully States and pray:

1. Notice is hereby given that plaintiffs Luis A. Lugo, his wife Carmen Rosa Vega Concepción and their conjugal partnership, plaintiffs in the above named case hereby appeal to the United States Court of Appeal for the First Circuit from the November 8, 2001 judgment filed on November 9, 2001 dismissing with prejudice all plaintiffs' federal claims, and without prejudice his Puerto Rico law claims contained in their complaint filed against defendants Miguel A. Cordero, Ramón Ocasio, Candelaria Cuello, Nydia Verge, Magaly Alverio, Elsie Montalvo, and Felisa Recio Mandes in both their official and personal capacities.

2. On November 20, 2001 plaintiffs filed a timely motion to alter judgment under Rule 59 of the Federal Rules of Civil Procedure.

3. On May 1, 2002 the Honorable District Court filed an order denying plaintiffs Motion to Alter Judgment.

4. Rule 4 of the Federal Rules of Appellate Procedure establish that if any party files a timely motion to alter judgment the time for appeal for all parties run from the entry of the order disposing of such motion.

**WHEREFORE** it is requested from the Honorable Court to take notice of plaintiffs Luis A. Lugo, his wife Carmen Rosa Vega Concepción and their conjugal partnership notice of appeal from the judgment dismissing with prejudice all plaintiffs' federal claims, and without prejudice his Puerto Rico law claims.

**I HEREBY CERTIFY** that on this date a true and exact copy of this motion was sent to Luis F. Colón –Conde, Esq., Fiddler González & Rodríguez, PO Box 363507, San Juan, P.R. 00936-3507; Leticia Ramírez Rangel, Esq., Department of Justice, Federal Litigation Division, P.O. Box 9020192, San Juan, P.R. 00902-0192

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico today May 28, 2002.

ALICE NET CARLO
USDC –PR 202110
Counsel for Plaintiffs
P.O. BOX 1364
DORADO, P.R. 00646-1364
TEL. (787) 769-6424
FAX  (787) 776-3110