UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Luis Lugo, et al

v.   **CASE NUMBER: 98-1011 (HL)**

Miguel Cordero, et al

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket #60<br>[ ] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion requesting withdrawal of counsel | Counsel Luis Francisco Colon Conde is hereby granted leave to withdraw. Defendants representation shall be assumed by Attorney Pedro Manzano Yates. |

Date 8/6/02

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

s/c: Pedro Manzano
8/7/02